Matter of Solomon v Whitley (2024 NY Slip Op 02462)

Matter of Solomon v Whitley

2024 NY Slip Op 02462

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, KEANE, AND HANNAH, JJ.

359 CAF 22-01919

[*1]IN THE MATTER OF JOSEPH A. SOLOMON, PETITIONER-APPELLANT,
v
TINA WHITLEY AND STORM A. COLEY, RESPONDENTS-RESPONDENTS. 

BRIAN P. DEGNAN, BATAVIA, FOR PETITIONER-APPELLANT.
ROSEMARIE RICHARDS, SOUTH NEW BERLIN, FOR RESPONDENT-RESPONDENT TINA WHITLEY.
SUSAN E. GRAY, CANTONSVILLE, MARYLAND, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered September 20, 2022, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted joint custody of the subject child to respondents. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court